B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Everett Maritime, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-1896226** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**505 East Illinois Street**<br>**Suite ONE**<br>**Chicago, IL**       ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Everett Maritime, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Everett Maritime, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)
 **DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)
 **Crane, Heyman, Simon, Welch & Clar**
Firm Name
 **Suite 3705**
 **135 South LaSalle Street**
 **Chicago, IL 60603-4297**
Address

 **312-641-6777  Fax: 312-641-7114**
Telephone Number
 **May 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Francis Freeman**
Signature of Authorized Individual
 **Francis Freeman**
Printed Name of Authorized Individual
 **Member and Manager**
Title of Authorized Individual
 **May 20, 2009**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Everett Maritime, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Clifton Gunderson LLP**<br>**Attn: David North**<br>**301 SW Adams St., #900, POB 1835**<br>**Peoria, IL 61656** | **Clifton Gunderson LLP**<br>**Attn: David North**<br>**301 SW Adams St., #900, POB 1835**<br>**Peoria, IL 61656** | | | **45,217.24** |
| **DLA Piper US LLP**<br>**Attn: Dennis Wilson**<br>**203 N. LaSalle St., Suite 1800**<br>**Chicago, IL 60601** | **DLA Piper US LLP**<br>**Attn: Dennis Wilson**<br>**203 N. LaSalle St., Suite 1800**<br>**Chicago, IL 60601** | | | **151,092.05** |
| **Don Fleming**<br>**1729 Center St.**<br>**Walla Walla, WA 99362** | **Don Fleming**<br>**1729 Center St.**<br>**Walla Walla, WA 99362** | | | **30,146.45** |
| **Fikso Kretschmer Smith**<br>**Attn: Matthew Smith**<br>**2025 First Ave., Ste. 1130**<br>**Seattle, WA 98121** | **Fikso Kretschmer Smith**<br>**Attn: Matthew Smith**<br>**2025 First Ave., Ste. 1130**<br>**Seattle, WA 98121** | | | **15,885.41** |
| **Foster Pepper**<br>**Attn: Gary Ackerman**<br>**1111 Third Ave., Suite 3400**<br>**Seattle, WA 98101** | **Foster Pepper**<br>**Attn: Gary Ackerman**<br>**1111 Third Ave., Suite 3400**<br>**Seattle, WA 98101** | | | **21,382.45** |
| **GGLO**<br>**Attn: Alan Grainger**<br>**1310 First Ave., Suite 301**<br>**Seattle, WA 98101** | **GGLO**<br>**Attn: Alan Grainger**<br>**1310 First Ave., Suite 301**<br>**Seattle, WA 98101** | | | **546,164.35** |
| **Hoffman Construction Co.**<br>**Attn: Thomas Petersen**<br>**1505 Westlake Ave., North,Suite 500**<br>**Seattle, WA 98109** | **Hoffman Construction Co.**<br>**Attn: Thomas Petersen**<br>**1505 Westlake Ave., North,Suite 500**<br>**Seattle, WA 98109** | | | **542,440.00** |
| **Kosnick Engineering**<br>**Attn: Dan Kosnick**<br>**16300 Mill Creek Blvd., Suite G-2**<br>**Mill Creek, WA 98012** | **Kosnick Engineering**<br>**Attn: Dan Kosnick**<br>**16300 Mill Creek Blvd., Suite G-2**<br>**Mill Creek, WA 98012** | | | **57,901.60** |

B4 (Official Form 4) (12/07) - Cont.

In re **Everett Maritime, LLC** Case No.
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Landau Associates**<br>**Attn: Larry Beard**<br>**130 2nd Ave. South**<br>**Edmonds, WA 98020** | **Landau Associates**<br>**Attn: Larry Beard**<br>**130 2nd Ave. South**<br>**Edmonds, WA 98020** | | | **49,862.47** |
| **Methodologie**<br>**Attn: Janet DeDonato**<br>**720 Third Ave., Ste. 800**<br>**Seattle, WA 98104** | **Methodologie**<br>**Attn: Janet DeDonato**<br>**720 Third Ave., Ste. 800**<br>**Seattle, WA 98104** | | | **156,321.55** |
| **Mithun**<br>**Pier 56, 1201 Alaskan Way**<br>**Seattle, WA 98101** | **Mithun**<br>**Pier 56, 1201 Alaskan Way**<br>**Seattle, WA 98101** | | | **32,109.78** |
| **Parson Brinckerfhoff Inc.**<br>**PB Americas Inc.**<br>**PO Box 51615**<br>**Los Angeles, CA 90051-5915** | **Parson Brinckerfhoff Inc.**<br>**PB Americas Inc.**<br>**PO Box 51615**<br>**Los Angeles, CA 90051-5915** | | | **29,444.67** |
| **RDS Investments, LP**<br>**c/o Mr. Alexander Stuart**<br>**150 North Field Drive, Suite 100**<br>**Lake Forest, IL 60045** | **RDS Investments, LP**<br>**c/o Mr. Alexander Stuart**<br>**150 North Field Drive, Suite 100**<br>**Lake Forest, IL 60045** | | | **601,880.82** |
| **RMC Architects**<br>**Attn: Jeff McClure**<br>**1223 Railroad Ave.**<br>**Bellingham, WA 98225** | **RMC Architects**<br>**Attn: Jeff McClure**<br>**1223 Railroad Ave.**<br>**Bellingham, WA 98225** | | | **18,984.11** |
| **Ronald J. Thauer**<br>**440 S. LaSalle Street**<br>**20th Floor**<br>**Chicago, IL 60605** | **Ronald J. Thauer**<br>**440 S. LaSalle Street**<br>**20th Floor**<br>**Chicago, IL 60605** | | | **1,146,794.37** |
| **Shawgate Market MFB, LLC**<br>**c/o Broadacre Mgmt. Co.**<br>**505 E. Illinois St., Suite One**<br>**Chicago, IL 60611** | **Shawgate Market MFB, LLC**<br>**c/o Broadacre Mgmt. Co.**<br>**505 E. Illinois St., Suite One**<br>**Chicago, IL 60611** | | | **3,109,534.29** |
| **The CWD Group, Inc.**<br>**Attn: Marshall Johnson**<br>**2500 W. Commodore Way, Ste. 2**<br>**Seattle, WA 98199** | **The CWD Group, Inc.**<br>**Attn: Marshall Johnson**<br>**2500 W. Commodore Way, Ste. 2**<br>**Seattle, WA 98199** | | | **15,335.42** |
| **The Port of Everett**<br>**Attn: Executive Director**<br>**PO Box 538**<br>**Everett, WA 98206** | **The Port of Everett**<br>**Attn: Executive Director**<br>**PO Box 538**<br>**Everett, WA 98206** | | **Disputed** | **1,089,758.39** |
| **Three Sons Asset Management, LLC**<br>**c/o Mr. Ronald Thauer**<br>**440 S. LaSalle St., 20th Floor**<br>**Chicago, IL 60605** | **Three Sons Asset Management, LLC**<br>**c/o Mr. Ronald Thauer**<br>**440 S. LaSalle St., 20th Floor**<br>**Chicago, IL 60605** | | | **1,052,169.22** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Everett Maritime, LLC**  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Williams Marketing, Inc.**<br>**Attn: Leslie Williams**<br>**111 Queen Anne Ave. N., Suite 510**<br>**Seattle, WA 98109** | **Williams Marketing, Inc.**<br>**Attn: Leslie Williams**<br>**111 Queen Anne Ave. N., Suite 510**<br>**Seattle, WA 98109** | | | 22,330.81 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member and Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 20, 2009**                              Signature  **/s/ Francis Freeman**  
                                                                                   **Francis Freeman**  
                                                                                   **Member and Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Albert Meers
c/o Broadacre Mgmt. Co.
505 E. Illinois St., Suite One
Chicago, IL 60611

David Evans & Associates
1620 W. Marine View Dr., Ste. 200
Everett, WA 98201

Dumac
1325 Fourth Ave.
Suite 1515
Seattle, WA 98101

Anderson Hunter Law Firm P.S.
Attn: Bradford Cattle
2707 Colby Ave., Suite 1001
Everett, WA 98201

Deborah McDowell
c/o Broadacre Mgmt. Co.
505 E. Illinois St., Suite One
Chicago, IL 60611

Greenbusch Group Inc.
1900 West Nickerson St.
Suite 201
Seattle, WA 98119

AWA Electrical Consultant
190015 36th Avenue W.
Suite E
Lynnwood, WA 98036

DLA Piper US LLP
Attn: Dennis Wilson
203 N. LaSalle St., Suite 1800
Chicago, IL 60601

Hendricks and Lewis
999 Third Ave.
Suite 2675
Seattle, WA 98104

Barclay Dean
PO Box 3827
Bellevue, WA 98009

Don Fleming
1729 Center St.
Walla Walla, WA 99362

Hoffman Construction Co.
Attn: Thomas Petersen
1505 Westlake Ave., North, Suite 50
Seattle, WA 98109

Broadacre Mgmt. Co.
505 E. Illinois Street
Suite One
Chicago, IL 60611

Fidel L. Lopez
c/o Broadacre Mgmt. Co.
505 E. Illinois St., Suite One
Chicago, IL 60611

Kosnick Engineering
Attn: Dan Kosnick
16300 Mill Creek Blvd., Suite G-2
Mill Creek, WA 98012

Carmel & Carmel PC
Attn: Frank Carmel
5301 Wisconsin Ave. NW, Suite 570
Washington, DC 20115-2061

Fikso Kretschmer Smith
Attn: Matthew Smith
2025 First Ave., Ste. 1130
Seattle, WA 98121

Landau Associates
Attn: Larry Beard
130 2nd Ave. South
Edmonds, WA 98020

CJBS
Attn: Jacques Preis
108 Wilmot Road, Suite 330
Deerfield, IL 60015

Flat Iron Capital
950 17th Street
Denver, CO 80202

Maritime Trust, Inc.
c/o Broadacre MGMT. Co.
505 E. Illinois St., Suite one
Chicago, IL 60611

Clifton Gunderson LLP
Attn: David North
301 SW Adams St., #900, POB 1835
Peoria, IL 61656

Foster Pepper
Attn: Gary Ackerman
1111 Third Ave., Suite 3400
Seattle, WA 98101

McCullough Hill PS
Attn: Jack McCullough
701 Fifth Ave., Suite 7220
Seattle, WA 98104

Company 39
Attn: Andrea Barry
1660 Lincoln St., Suite 2400
Denver, CO 80264

Francis Freeman
1427 W. Henderson St.
Chicago, IL 60657

Melissa J. Copley
1427 W. Henderson St.
Chicago, IL 60657

Cushman Wakefield
1420 Fifth Ave. #2900
Seattle, WA 98101

GGLO
Attn: Alan Grainger
1310 First Ave., Suite 301
Seattle, WA 98101

Methodologie
Attn: Janet DeDonato
720 Third Ave., Ste. 800
Seattle, WA 98104

Mithun
Pier 56, 1201 Alaskan Way
Seattle, WA 98101

Ronald J. Thauer
440 S. LaSalle Street
20th Floor
Chicago, IL 60605

Morrison Hershfield
10900 NE 8th St.
Suite 810
Bellevue, WA 98004

Shawgate Market MFB, LLC
c/o Broadacre Mgmt. Co.
505 E. Illinois St., Suite One
Chicago, IL 60611

Northside Community Bank
Attn: James Sefton
5103 Washington St.
Gurnee, IL 60031

The CWD Group, Inc.
Attn: Marshall Johnson
2500 W. Commodore Way, Ste. 2
Seattle, WA 98199

Olympic Reprographics
2730 Occidental Ave. South
Seattle, WA 98134

The Port of Everett
Attn: Executive Director
PO Box 538
Everett, WA 98206

OnShore Networks, LLC
Attn: Setl Valavanis
1407 West Chicago Ave.
Chicago, IL 60622

Three Sons Asset Management, LLC
c/o Mr. Ronald Thauer
440 S. LaSalle St., 20th Floor
Chicago, IL 60605

Parson Brinckerfhoff Inc.
PB Americas Inc.
PO Box 51615
Los Angeles, CA 90051-5915

Williams Marketing, Inc.
Attn: Leslie Williams
111 Queen Anne Ave. N., Suite 510
Seattle, WA 98109

RDS Investments, LP
c/o Mr. Alexander Stuart
150 North Field Drive, Suite 100
Lake Forest, IL 60045

Yachting Magazine
Time 4 Media
3822 Paysphere Circle
Chicago, IL 60674

Real Retail, RST LLC
Attn: Jennifer Seversen
1725 Westlake, Ste. 210
Seattle, WA 98109

RMC Architects
Attn: Jeff McClure
1223 Railroad Ave.
Bellingham, WA 98225

Robert Meers
c/o Broadacre Mgmt. Co.
505 E. Illinois St., Suite One
Chicago, IL 60611