UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| EVERETT MARITIME, LLC, | ) | Case No. 09 B 18224 |
| | ) | |
| Debtor. | ) | Honorable Susan P. Sonderby |
| | ) | |
| | ) | Hearing Date: September 8, 2009 |
| | ) | Time: 10:00 a.m. |
| | ) | Place: Room 642 |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF BAKER &
DANIELS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF EVERETT MARITIME, LLC**

This matter came before this Court on the Application for Entry of an Order Authorizing and Approving the Employment of Baker & Daniels LLP as Counsel to the Official Committee of Unsecured Creditors of Everett Maritime LLC (the "Application") and the verified declaration of Scott A. Semenek filed in support of the Application (the "Semenek Affidavit"), both filed by the Official Committee of Unsecured Creditors (the "Committee") for approval of Baker & Daniels LLP's employment as counsel for the Committee in this case, pursuant to 11 U.S.C. § 1103(a) and Fed. R. Bankr. P. 2014(a), and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application and the Semenek Affidavit establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

    A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

    B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

    C.    Notice of the Application was sufficient.

D. The Application and the Semenek Affidavit are in full compliance with all the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court.

E. Baker & Daniels LLP does not hold or represent any interest materially adverse to the Committee, the Debtor's estate, or its creditors with respect to the matters upon which said law firm is to be engaged, and Baker & Daniels LLP is a "disinterested person," as defined in § 101(14) of the Bankruptcy Code and as required by § 327(a) of the Bankruptcy Code.

F. The retention and employment of Baker & Daniels LLP in accordance with the Application and this Order is in the best interest of the Committee and the Debtor's estate.

IT IS HEREBY ORDERED THAT:

1. The Application is hereby APPROVED.

2. The Committee is authorized to retain and employ Baker & Daniels LLP as its counsel, pursuant to sections 327 and 1103 of the Bankruptcy Code, retroactive to September 2, 2009.

3. Baker & Daniels LLP shall be compensated for such services and reimbursed for any related expenses as provided in the Application, and in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any additional procedures that may be established by this Court.

4. This Order is a final Order and is effective immediately.

Dated: September __, 2009

Honorable Susan P. Sonderby
United States Bankruptcy Court Judge