IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVERETT MARITIME, LLC, | ) | Case No. 09-18224 |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Jude Sonderby |

## FINAL REPORT AND ACCOUNT

EVERETT MARITIME, LLC, Debtor herein, by and through its Attorneys, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, submits this Final Report and Account, stating as follows:

1.      On May 20, 2009, EVERETT MARITIME, LLC, ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      On December 8, 2010, this case was converted to a proceeding under Chapter 7 of the Bankruptcy Code.

3.      Robert Katz ("Trustee") has been appointed as Chapter 7 Trustee and continues to serve in such capacity.

4.      The Debtor is the owner of a partially developed commercial, residential and maritime development on 65 acres of waterfront in Everett, Washington has effectively had no business operations at any point during its Chapter 11 case.  Accordingly, there are no assets other than those originally scheduled by the Debtor except that the Debtor commenced an adversary proceeding against The Port of Everett in this Court. The Trustee has settled this litigation.

Pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, the

Debtor states the only post-petition liabilities that remain unpaid from the Debtor's Chapter

11 case are the professional fee claims of Debtor's Counsel and Counsel to the Official

Committee of Unsecured Creditors.  These professionals intend on filing applications with

this Court for the allowance of such professional fee claims.


Respectfully submitted,

EVERETT MARITIME, LLC,

By: /s/David K. Welch_____
      One of Its Attorneys


**DEBTOR'S COUNSEL:**
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603