# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EVERETT MARITIME, LLC | § | Case No. 09-18224 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on          . The case was converted to one under Chapter 7 on           . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_ , and now requests reimbursement for expenses of $\_\_\_\_ , for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert B. Katz_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1
Exhibit A

| Case No: | 09-18224 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | EVERETT MARITIME, LLC | | | Date Filed (f) or Converted (c): | 12/08/10 (c) |
| | | | | 341(a) Meeting Date: | 01/20/11 |
| For Period Ending: | 05/23/12 | | | Claims Bar Date: | 07/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LIQUIDATED CLAIMS | 0.00 | 50,000.00 | | 50,035.28 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.93 | Unknown |
| 3. CHECKING ACCOUNT | 42.28 | 0.00 | | 0.00 | FA |
| 4. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 5. EQUITABLE OR FUTURE INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 6. GENERAL INTANGIBLES | 0.00 | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 8. OTHER MISCELLANEOUS | 576,220.21 | 0.00 | | 0.00 | FA |
| 9. Debtors Interest in ARDMOA | 75,000,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $75,576,262.49    $50,000.00    $50,041.21    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee holds proceeds of settlement. Trustee awaits applications for professional compensation needed to file a final report.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-18224 -TB | | Trustee Name: | Robert B. Katz |
| Case Name: | EVERETT MARITIME, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2185 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6226 | | | |
| For Period Ending: | 05/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/11 | 1 | Port Of Everett<br>P.O. Box 538<br>Everett, WA 98206 | Sale of interest in lawsuit. | 1149-000 | 50,000.00 | | 50,000.00 |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 50,000.10 |
| 03/07/11 | 1 | Everett maritime LLC | | 1149-000 | 35.28 | | 50,035.38 |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.42 | | 50,035.80 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.41 | | 50,036.21 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.43 | | 50,036.64 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.41 | | 50,037.05 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.42 | | 50,037.47 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.43 | | 50,037.90 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.41 | | 50,038.31 |
| 10/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.42 | | 50,038.73 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 63.75 | 49,974.98 |
| 11/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.41 | | 49,975.39 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 61.61 | 49,913.78 |
| 12/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.42 | | 49,914.20 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 61.54 | 49,852.66 |
| 01/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.43 | | 49,853.09 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 65.38 | 49,787.71 |
| 02/07/12 | 000101 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 43.93 | 49,743.78 |
| 02/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.39 | | 49,744.17 |
| 03/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.42 | | 49,744.59 |
| 04/30/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.41 | | 49,745.00 |

Page Subtotals    50,041.21    296.21

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 09-18224 -TB | | Trustee Name: | Robert B. Katz |
| Case Name: | EVERETT MARITIME, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2185  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6226 | | | |
| For Period Ending: | 05/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 50,041.21 | 296.21 | 49,745.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 50,041.21 | 296.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 50,041.21 | 296.21 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | | |
| | | Money Market Account (Interest Earn - *******2185 | | 50,041.21 | 296.21 | 49,745.00 |
| | | | | 50,041.21 | 296.21 | 49,745.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/   Robert B. Katz    Date: 05/23/12
ROBERT B. KATZ

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 23, 2012 |

Case Number: 09-18224  
Debtor Name: EVERETT MARITIME, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | LOIS WEST<br>POPOWCER KATTED LTD.<br>35 EAST WACKER DR.<br>SUITE 1550<br>CHICAGO, IL 60601-2107 | Administrative | | $3,075.50 | $0.00 | $3,075.50 |
| 001<br>3210-00 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $23,864.22 | $0.00 | $23,864.22 |
| 002<br>6210-16 | Crane, Heyman, Simon, Welch & Clar<br>135 S. LaSalle St.<br>Suite 370<br>Chicago, IL 60603 | Administrative | Per court order 8/24/11 | $138,168.48 | $0.00 | $138,168.48 |
| 002<br>6700-00 | Scott A. Semenek<br>Baker & Daniels LLP<br>311 S. Wacker Dr.<br>Suite 4400<br>Chicago, IL 60606 | Administrative | Per court order 8/24/11 | $45,809.00 | $0.00 | $45,809.00 |
| 000001<br>070<br>7100-00 | Greenbusch Group Inc.<br>1900 West Nickerson St.<br>Suite 201<br>Seattle, WA 98119 | Unsecured | | $7,663.73 | $0.00 | $7,663.73 |
| 000002<br>070<br>7100-00 | Carmel & Carmel PC<br>Attn: Frank Carmel<br>5301 Wisconsin Ave. NW, Suite 570<br>Washington, DC 20115-2061 | Unsecured | | $12,430.16 | $0.00 | $12,430.16 |
| 000003<br>070<br>7100-00 | Glumac<br>1325 Fourth Ave.<br>Suite 1515<br>Seattle, WA 98101 | Unsecured | | $11,814.00 | $0.00 | $11,814.00 |
| 000004<br>070<br>7100-00 | Cushman & Wakefield of Oregon Inc<br>Cushman & Wakefield of Texas Inc<br>Attn Clara Edwards<br>15455 Dallas Parkway Suite 800<br>Addison TX 75001 | Unsecured | | $2,500.00 | $0.00 | $2,500.00 |
| 000005<br>070<br>7100-00 | Foster Pepper<br>Attn: Gary Ackerman<br>1111 Third Ave., Suite 3400<br>Seattle, WA 98101 | Unsecured | | $21,382.45 | $0.00 | $21,382.45 |
| 000006<br>070<br>7100-00 | Greenbusch Group Inc.<br>1900 West Nickerson St.<br>Suite 201<br>Seattle, WA 98119 | Unsecured | | $7,663.73 | $0.00 | $7,663.73 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 23, 2012 |

Case Number: 09-18224
Debtor Name: EVERETT MARITIME, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Barclay Dean<br>PO Box 3827<br>Bellevue, WA 98009 | Unsecured | | $4,160.04 | $0.00 | $4,160.04 |
| 000008<br>070<br>7100-00 | Methodologie<br>Attn: Janet DeDonato<br>720 Third Ave., Ste. 800<br>Seattle, WA 98104 | Unsecured | | $152,881.71 | $0.00 | $152,881.71 |
| 000009<br>070<br>7100-00 | Hoffman Construction Co.<br>Attn: Thomas Peterson<br>1505 Westlake Ave., North, Suite 500<br>Seattle, WA 98109-6226 | Unsecured | | $542,440.00 | $0.00 | $542,440.00 |
| 000010<br>070<br>7100-00 | Ronald J. Thauer<br>380 King Muir Road<br>Lake Forest, IL 60045 | Unsecured | | $1,536,023.10 | $0.00 | $1,536,023.10 |
| 000011<br>070<br>7100-00 | Three Sons Asset Management, LLC<br>380 King Muir Road<br>Lake Forest, IL 60045<br>Attn: Ronald J. Thauer | Unsecured | | $578,437.45 | $0.00 | $578,437.45 |
| 000012<br>070<br>7100-00 | RDS Investments, L.P.<br>150 Field Drive, Suite 100<br>Lake Forest, IL 60045<br>Attn: Alexander D. Stuart | Unsecured | | $602,579.34 | $0.00 | $602,579.34 |
| 000013<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | Unsecured | (13-2) Modified on 3/11/11 to correct creditor address (GB). | $1,577.05 | $0.00 | $1,577.05 |
| 000014<br>070<br>7100-00 | NorthSide Community Bank<br>c/o Lauren Nachinson, Esq.<br>Quarles & Brady LLP<br>300 N. LaSalle Street, Suite 4000<br>Chicago, IL 60654 | Unsecured | (14-1) Amounts Oustanding on Loans(14-2) Amounts Due on Loans | $6,163,750.00 | $0.00 | $6,163,750.00 |
| 000015<br>070<br>7100-00 | The Port of Everett<br>c/o John Mohr, Executive Director<br>P.O. Box 538<br>2911 Bond Street<br>Everett, Washington 98206 | Unsecured | (15-1) See Attachment | $0.00 | $0.00 | $0.00 |
| 000016<br>070<br>7100-00 | GGLO<br>Attn: Alan Grainger<br>1301 First Ave., Suite 301<br>Seattle, WA 98101 | Unsecured | | $549,719.00 | $0.00 | $549,719.00 |
| 000017<br>070<br>7100-00 | Landau Associates<br>Attn: Larry Beard<br>130 2nd Ave. South<br>Edmonds, WA 98020 | Unsecured | | $72,006.76 | $0.00 | $72,006.76 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 23, 2012 |

Case Number:  09-18224  
Debtor Name:  EVERETT MARITIME, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000018<br>070<br>7100-00 | Kosnik Engineering<br>Attn: Daniel Kosnik<br>10511 19th Ave SE Ste C<br>Everett, Washington 98208 | Unsecured | | $57,901.60 | $0.00 | $57,901.60 |
| 000019<br>070<br>7100-00 | Carmel & Carmel PC<br>Attn: Frank Carmel<br>5301 Wisconsin Ave. NW, Suite 570<br>Washington, DC 20115-2061 | Unsecured | (19-1) Incomplete PDF, Filer<br>Notified to File Amended Claim 2/25/2011 (MMR) | $12,430.16 | $0.00 | $12,430.16 |
| 000020<br>070<br>7100-00 | Don Fleming<br>1729 Center Street<br>Walla Walla, WA 99362-4216 | Unsecured | | $30,146.45 | $0.00 | $30,146.45 |
| 000021<br>070<br>7100-00 | RDS Investments, L.P.<br>150 Field Drive, Suite 100<br>Lake Forest, IL 60045<br>Attn: Alexander D. Stuart | Unsecured | | $821,516.00 | $0.00 | $821,516.00 |
| | Case Totals: | | | $11,399,939.93 | $0.00 | $11,399,939.93 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-18224
Case Name: EVERETT MARITIME, LLC
Trustee Name: Robert B. Katz

  Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Attorney for Trustee Fees: Ira P. Goldberg | $ | $ | $ |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ | $ | $ |
| Accountant for Trustee Fees: LOIS WEST | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____

  Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Crane, Heyman, Simon, Welch & Clar | $ | $ | $ |
| Other: Scott A. Semenek | $ | $ | $ |

  Total to be paid for prior chapter administrative expenses    $_____

  Remaining Balance    $_____

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $   must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Greenbusch Group Inc.<br>1900 West Nickerson St.<br>Suite 201<br>Seattle, WA 98119 | $ | $ | $ |
| 000002 | Carmel & Carmel PC<br>Attn: Frank Carmel<br>5301 Wisconsin Ave. NW,<br>Suite 570<br>Washington, DC 20115-2061 | $ | $ | $ |
| 000003 | Glumac<br>1325 Fourth Ave.<br>Suite 1515<br>Seattle, WA 98101 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Cushman & Wakefield of Oregon Inc<br>Cushman & Wakefield of Texas Inc<br>Attn Clara Edwards<br>15455 Dallas Parkway<br>Suite 800<br>Addison TX 75001 | $ | $ | $ |
| 000005 | Foster Pepper<br>Attn: Gary Ackerman<br>1111 Third Ave., Suite 3400<br>Seattle, WA 98101 | $ | $ | $ |
| 000006 | Greenbusch Group Inc.<br>1900 West Nickerson St.<br>Suite 201<br>Seattle, WA 98119 | $ | $ | $ |
| 000007 | Barclay Dean<br>PO Box 3827<br>Bellevue, WA 98009 | $ | $ | $ |
| 000008 | Methodologie<br>Attn: Janet DeDonato<br>720 Third Ave., Ste. 800<br>Seattle, WA 98104 | $ | $ | $ |
| 000009 | Hoffman Construction Co.<br>Attn: Thomas Peterson<br>1505 Westlake Ave., North, Suite 500<br>Seattle, WA 98109-6226 | $ | $ | $ |
| 000010 | Ronald J. Thauer<br>380 King Muir Road<br>Lake Forest, IL 60045 | $ | $ | $ |
| 000011 | Three Sons Asset Management, LLC<br>380 King Muir Road<br>Lake Forest, IL 60045<br>Attn: Ronald J. Thauer | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | RDS Investments, L.P.<br>150 Field Drive, Suite 100<br>Lake Forest, IL 60045<br>Attn: Alexander D. Stuart | $ | $ | $ |
| 000013 | Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | $ | $ | $ |
| 000014 | NorthSide Community Bank<br>c/o Lauren Nachinson, Esq.<br>Quarles & Brady LLP<br>300 N. LaSalle Street, Suite 4000<br>Chicago, IL 60654 | $ | $ | $ |
| 000015 | The Port of Everett<br>c/o John Mohr, Executive Director<br>P.O. Box 538<br>2911 Bond Street<br>Everett, Washington 98206 | $ | $ | $ |
| 000016 | GGLO<br>Attn: Alan Grainger<br>1301 First Ave., Suite 301<br>Seattle, WA 98101 | $ | $ | $ |
| 000017 | Landau Associates<br>Attn: Larry Beard<br>130 2nd Ave. South<br>Edmonds, WA 98020 | $ | $ | $ |
| 000018 | Kosnik Engineering<br>Attn: Daniel Kosnik<br>10511 19th Ave SE Ste C<br>Everett, Washington 98208 | $ | $ | $ |
| 000019 | Carmel & Carmel PC<br>Attn: Frank Carmel<br>5301 Wisconsin Ave. NW, Suite 570<br>Washington, DC 20115-2061 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Don Fleming<br>1729 Center Street<br>Walla Walla, WA 99362-4216 | $ | $ | $ |
| 000021 | RDS Investments, L.P.<br>150 Field Drive, Suite 100<br>Lake Forest, IL 60045<br>Attn: Alexander D. Stuart | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE