UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                         §
                                               §
EVERETT MARITIME, LLC          §        Case No. 09-18224
                                               §
                                               §
           Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Robert B. Katz, Trustee_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| IRA P. GOLDBERG | | | | | |
| IRA P. GOLDBERG | | | | | |
| LOIS WEST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CRANE, HEYMAN, SIMON, WELCH & CLAR | | | | | |
| SCOTT A. SEMENEK | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | BARCLAY DEAN | | | | | |
| 000002 | CARMEL & CARMEL PC | | | | | |
| 000019 | CARMEL & CARMEL PC | | | | | |
| 000004 | CUSHMAN & WAKEFIELD OF OREGON INC | | | | | |
| 000013 | DEPARTMENT OF THE TREASURY | | | | | |
| 000020 | DON FLEMING | | | | | |
| 000005 | FOSTER PEPPER | | | | | |
| 000016 | GGLO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | GLUMAC | | | | | |
| 000001 | GREENBUSCH GROUP INC. | | | | | |
| 000006 | GREENBUSCH GROUP INC. | | | | | |
| 000009 | HOFFMAN CONSTRUCTION CO. | | | | | |
| 000018 | KOSNIK ENGINEERING | | | | | |
| 000017 | LANDAU ASSOCIATES | | | | | |
| 000008 | METHODOLOGIE | | | | | |
| 000014 | NORTHSIDE COMMUNITY BANK | | | | | |
| 000012 | RDS INVESTMENTS, L.P. | | | | | |
| 000021 | RDS INVESTMENTS, L.P. | | | | | |
| 000010 | RONALD J. THAUER | | | | | |
| 000015 | THE PORT OF EVERETT | | | | | |
| 000011 | THREE SONS ASSET MANAGEMENT, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-18224 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | EVERETT MARITIME, LLC | | | Date Filed (f) or Converted (c): | 12/08/10 (c) |
| | | | | 341(a) Meeting Date: | 01/20/11 |
| For Period Ending: | 03/31/13 | | | Claims Bar Date: | 07/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LIQUIDATED CLAIMS | 0.00 | 50,000.00 | | 50,035.28 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.56 | Unknown |
| 3. CHECKING ACCOUNT | 42.28 | 0.00 | | 0.00 | FA |
| 4. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 5. EQUITABLE OR FUTURE INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 6. GENERAL INTANGIBLES | 0.00 | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 8. OTHER MISCELLANEOUS | 576,220.21 | 0.00 | | 0.00 | FA |
| 9. Debtors Interest in ARDMOA | 75,000,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $75,576,262.49 | $50,000.00 | | $50,042.84 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final disbursment check cleared 3/25/13, Trustee will file a Final Account.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18224 -TB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | EVERETT MARITIME, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6904  Checking Account |
| Taxpayer ID No: | *******6226 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 49,746.63 | | 49,746.63 |
| 08/31/12 | 000101 | ROBERT B. KATZ 53 W. Jackson Suite 1320 Chicago, IL 60604 | Chapter 7 Compensation/Expense | 2100-000 | | 5,752.06 | 43,994.57 |
| 08/31/12 | 000102 | LOIS WEST POPOWCER KATTED LTD. 35 EAST WACKER DR. SUITE 1550 CHICAGO, IL 60601-2107 | Accountant for Trustee Fees (Other | 3410-000 | | 3,075.50 | 40,919.07 |
| 08/31/12 | 000103 | Ira P. Goldberg DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Attorney for Trustee Fees (Other Fi | | | 23,864.22 | 17,054.85 |
| | | | Fees         23,706.50 | 3210-000 | | | |
| | | | Expenses        157.72 | 3220-000 | | | |
| 08/31/12 | 000104 | Crane, Heyman, Simon, Welch & Clar 135 S. LaSalle St. Suite 370 Chicago, IL 60603 | Per court order 8/24/11 | 6210-160 | | 12,808.32 | 4,246.53 |
| * 08/31/12 | 000105 | Scott A. Semenek Baker & Daniels LLP 311 S. Wacker Dr. Suite 4400 Chicago, IL 60606 | Per court order 8/24/11 | 6700-004 | | 4,246.53 | 0.00 |
| * 08/31/12 | 000105 | Scott A. Semenek Baker & Daniels LLP 311 S. Wacker Dr. Suite 4400 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 6700-004 | | -4,246.53 | 4,246.53 |

Page Subtotals     49,746.63     45,500.10

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 8)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18224 -TB | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- |
| Case Name: | EVERETT MARITIME, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6904  Checking Account |
| Taxpayer ID No: | *******6226 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/13 | 000106 | Chicago, IL 60606<br>Scott A. Semenek<br>Baker & Daniels LLP<br>311 S. Wacker Dr.<br>Suite 4400<br>Chicago, IL 60606 | Per court order 8/24/11 | 6700-000 | | 4,246.53 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 49,746.63 | 49,746.63 | 0.00 |
| Less: Bank Transfers/CD's | 49,746.63 | 0.00 | |
| Subtotal | 0.00 | 49,746.63 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 49,746.63 | |

Page Subtotals    0.00    4,246.53

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-18224 -TB | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | EVERETT MARITIME, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2185  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6226 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/11 | 1 | Port Of Everett P.O. Box 538 Everett, WA 98206 | Sale of interest in lawsuit. | 1149-000 | 50,000.00 | | 50,000.00 |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 50,000.10 |
| 03/07/11 | 1 | Everett maritime LLC | | 1149-000 | 35.28 | | 50,035.38 |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.42 | | 50,035.80 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.41 | | 50,036.21 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.43 | | 50,036.64 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.41 | | 50,037.05 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.42 | | 50,037.47 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.43 | | 50,037.90 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.41 | | 50,038.31 |
| 10/31/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.42 | | 50,038.73 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 63.75 | 49,974.98 |
| 11/30/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.41 | | 49,975.39 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 61.61 | 49,913.78 |
| 12/30/11 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,914.20 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 61.54 | 49,852.66 |
| 01/31/12 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.43 | | 49,853.09 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 65.38 | 49,787.71 |
| 02/07/12 | 000101 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 43.93 | 49,743.78 |
| 02/29/12 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.39 | | 49,744.17 |
| 03/30/12 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,744.59 |
| 04/30/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.41 | | 49,745.00 |
| 05/31/12 | 2 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,745.42 |

Page Subtotals    50,041.63    296.21

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-18224 -TB | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | EVERETT MARITIME, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2185  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6226 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.40 | | 49,745.82 |
| 07/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.42 | | 49,746.24 |
| 08/30/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.39 | | 49,746.63 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 49,746.63 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 50,042.84 | 50,042.84 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 49,746.63 | |
| Subtotal | | 50,042.84 | 296.21 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 50,042.84 | 296.21 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6904 | 0.00 | 49,746.63 | 0.00 |
| Money Market Account (Interest Earn - ********2185 | 50,042.84 | 296.21 | 0.00 |
| | 50,042.84 | 50,042.84 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:   /s/   Robert B. Katz, Trustee   Date: 04/04/13
ROBERT B. KATZ, TRUSTEE

Page Subtotals     1.21     49,746.63

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*